# STANBON *v.* HOWE (2).

---

This case is governed by the decision of the Court in *Stanbon* v. *Howe,* ante, 418.

No. 608. Patent Appeals. Submitted January 13, 1910. Decided February 1, 1910.

HEARING on an appeal from a decision of the Commissioner of Patents in an interference case.                *Reversed.*

The facts are stated in the opinion.

*Mr. Frederick L. Emery* and *Mr. Laurence A. Janney* for the appellant.

*Mr. A. D. Salinger* and *Mr. Horace A. Dodge* for the appellee Furber.

Mr. Justice Robb delivered the opinion of the Court:

Counsel stipulated that this case involved the same question and the same testimony as was involved in case No. 607 [ante, 418] and that the decision in that case should be binding in this. Decision reversed and priority awarded Stanbon.

The clerk will certify the same as by law required.

*Reversed.*

---

This case is governed by the decision of the Court in *Stanbon* v. *Howe,* ante, 418.

*Mr. Frederick L. Emery* and *Mr. Laurence A. Janney* for the appellant.

*Mr. A. D. Salinger* and *Mr. Horace A. Dodge* for the appellee.

